DARYL FEES v. CHRISTINE TROW.

May 14, 1985.

Petition for certification granted.

IN THE MATTER OF THE SUSSEX COUNTY MUNICIPAL
UTILITIES AUTHORITY.

May 14, 1985.

Petition for certification denied.   (See 198 *N.J.Super.* 214)

IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL
OF MARTHA C. MALINIAK, A/K/A MARTHA C. BENNETT.

May 14, 1985.

Petition for certification denied.   (See 199 *N.J.Super.* 490)

SPRING LAKE HOTEL AND GUEST HOUSE ASSOC. v.
BOROUGH OF SPRING LAKE.

May 14, 1985.

Petition for certification denied.   (See 199 *N.J.Super.* 201)